**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JOSHUA SULLIVAN,

    Plaintiff,

v.                                                                Case No. 10-13892

JASON OTTO, et al.,

    Defendants.
_____/

**ORDER SETTING DEADLINES TO FILE AMENDED COMPLAINT, APPEARANCE, AND ANSWER**

On April 7, 2010, Eric Orr initiated an action in this district alleging constitutional violations arising out of Orr's arrest, which occurred on November 24, 2008. (Case No. 11389.) At the time of his arrest, Orr was a passenger in a car driven by Joshua Sullivan. On September 30, 2010, Joshua Sullivan filed the instant action, alleging almost identical claims arising out of the same incident. On October 21, 2010, the court conducted a scheduling conference in both cases, during which counsel for all parties agreed that the original action should be consolidated into the subsequent action, through operation of an amended complaint. Accordingly,

IT IS ORDERED that counsel for Plaintiff Sullivan, in coordination with counsel for Eric Orr, shall file an amended complaint in this action by **November 5, 2010.** The amended complaint shall be electronically docketed by counsel for Sullivan, but shall be signed by counsel for both Orr and Sullivan. Counsel for Orr is DIRECTED to file an appearance in this matter by **November 8, 2010**.

Counsel for Defendants has agreed to accept service on behalf of the three Defendants. Defendants shall file an answer to the amended complaint by **November 19, 2010.**

The court will issue a scheduling order after the amended complaint is filed and after Orr's counsel has filed his appearance.

                                        s/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated: October 25, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 25, 2010, by electronic and/or ordinary mail.

                                        s/Lisa G. Wagner
                                        Case Manager and Deputy Clerk
                                        (313) 234-5522