UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

- SOUTHERN DIVISION -

Joshua D. Sullivan, and
Eric Orr,
      Plaintiffs,

Case No. 2:10-cv-13892

v.

Honorable: Robert H. Cleland

Jason Otto, Jason Pfeil, and
Michelle Oakie,

      Defendants.

_____/

## ORDER ALLOWING DEPOSITION OF PRISONER
## ANTHONY M. MORGAN

     Inmate Anthony M. Morgan (#486008) is currently incarcerated in the Michigan Department of Corrections housed at the Earnest C. Brooks Correctional Facility in Muskegon Heights, Michigan. The parties seek to depose Morgan in the course of their of their discovery in this case. The parties have consented to the entry of an order permitting Morgan's deposition in prison, and have informed the court that the Department of Corrections will honor an order if entered by the court. Accordingly,

     IT IS ORDERED that the parties be allowed to depose Anthony M. Morgan (#486008) on a date agreeable to the parties and the affected facility.

     IT IS FURTHER ORDERED that the parties depose Morgan in the facility in which Morgan is housed, or elsewhere as specified by the Department of Corrections, under whatever security conditions may be required by the Department.

     IT IS SO ORDERED.

                                            s/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated: February 16, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 16, 2011, by electronic and/or ordinary mail.

                                      s/Lisa Wagner
                                    Case Manager and Deputy Clerk
                                    (313) 234-5522

Consent of the Parties:
    The parties consent to and request entry of the above Order and waive notice of hearing on entry.

| | |
|---|---|
| S/ *Fred L. Gibson* | S/ *John F. Gorniak* [w/perm. F.L.G.] |
| The F. L. Gibson Group, P.C. | Law Office of John F. Gorniak |
| Fred L. Gibson P39530 | John F. Gorniak P49852 |
| Attorney for Plaintiff Sullivan | Attorney for Plaintiff Orr |
| 17001 19 Mile Road, Ste 1C | PO Box 180360 |
| Clinton Twp MI 48038-4867 | Utica MI 48318-0360 |
| 586.416.2520 / 586.464.1629 [fx] | 586.323.3123 / 586.323.2833 [fx] |
| attorneyfgibson@gmail.com | jfgorniakatty@yahoo.com |

S/ *David B. Landry* [w/perm. F.L.G.]
Landry, Mazzeo & Dembinski, P.C.
David B. Landry P32055
Attorney for Defendants
37000 Grand River Ave, Ste 200
Farmington Hills MI 48335-2881
248.476.6900 / 248.476.6564 [fx]
dlandry@lmdlaw.com